PD-1014-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/6/2015 3:56:36 PM
Accepted 8/11/2015 11:42:39 AM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| STEVEN GOODE | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

## MOTION TO EXTEND TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's Petition for Discretionary Review, pursuant to Rules 68.2 and 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law #1 of Kaufman County, Texas.

2. The case below was styled  State v. Steven Goode and numbered 30921CC.

3. Appellant was convicted of possession with intent to distribute methamphetamine.

4. Appellant was assessed a sentence of thirty years confinement in the Texas Department of Criminal Justice-Institutional Division.

5.  Notice of appeal was timely filed, the Court of Appeals for the Fifth District assigned number 05-14-00651-CR.

6. The Opinion from the Court of Appeals were issued on July 1, 2015.

7. The Appellant's Petition for Discretionary Review was due on July 31, 2015.

8. Appellant requests an extension of time to file due to the following facts and circumstances:

Mr. Goode received notice of the opinion in the case on July 26, 2015.  As of August 6, 2015, there has been no filing posted on the Dallas Court of Appeals website indicating timely compliance with TEX. R. APP. P. 48.4.   His family

retained counsel on August 5, 2015 to represent him in this proceeding. Mr. Goode seeks an extension under Rule 10.5(b) to file this Motion to Extend Time to File a Petition for Discretionary Review, and an extension of time to file the Petition for Discretionary Review.

10. Appellant prays that this Court grant this Motion to Extend Time to File Petition for Discretionary Review for a period of sixty (60) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ James Huggler

James Huggler
100 E. Ferguson, Suite 805
Tyler, Texas 75702
903-539-2400
903-593-3830 fax
Jhugglerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

This is to certify that on August 6, 2015, 2015, a true and correct copy of the above and foregoing document was served on Sue Korioth or Erleigh Wiley, Kaufman County District Attorney's Office, 100 W. Mulberry, Kaufman, Texas 75142, fax number 972-932-0357, by regular mail, fax, hand delivery, or electronic filing.

/s/ James Huggler
James Huggler